UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TARYN BRIDGWATERS, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:23-CV-813-HAB-SLC |
| BURNS, MIKE BAKER, | |
| Defendants. | |

ORDER

This case was opened after Taryn Bridgwaters, a prisoner without a lawyer, sent in an unsigned complaint. ECF 1. She was told that to initiate a federal lawsuit, she needed to return a signed copy of the complaint by October 12, 2023. ECF 3. She did not do so. Instead, she sent in a new, signed complaint containing substantially similar allegations that is proceeding as a new case. *See Bridgwaters v. Burns*, No. 3:23-cv-896-TLS-JPK (N.D. Ind. filed Oct. 6, 2023). This case, therefore, will be dismissed as inadvertently opened.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE as inadvertently opened.

SO ORDERED on October 16, 2023.

    s/ *Holly A. Brady*
    CHIEF JUDGE HOLLY A. BRADY
    UNITED STATES DISTRICT COURT