AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TARYN BRIDGWATERS
*also known as* Taryn Monique Bridgewaters
    Plaintiff

v.   Civil Action No. 3:23-cv-813

BURNS, *Officer*
MIKE BAKER
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____
recover from the defendant (*name*) _____
the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:   This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Chief Judge Holly A Brady

DATE:   10/17/2023                    CHANDA J. BERTA, CLERK OF COURT

    by    /s/ S. Kowalsky
    *Signature of Clerk or Deputy Clerk*